Milhouse v YouTube v "Dr. Swindle Hoodwinked" a YouTube channel

IN THE UNITED STATES DISTRICT COURT FOR THE

**SOUTHERN DISTRICT OF TEXAS,**

**HOUSTON** DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 0 4 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **ZAIMICK MILHOUSE, individually and on behalf of GLOBAL COMMUNICATIONS ENTERTAINMENT GROUP, a division of ZTM ENTERPRISES,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| **"DR. SWINDLE HOODWINKED," an individual whose true name is unknown, and DOES 1-10,** AKA MR. SWINDLE HOODWINK **YOUTUBE as a Subsidiary of GOOGLE CORPORATION, Co-Defendants** | § | |
| **Defendants.** | § | |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff Zaimick Milhouse, appearing sui juris as a paralegal member of the American Bar Association (#05737194), brings this action against Defendant for cyberstalking, defamation, intentional infliction of emotional distress, and related claims, and alleges:

### NATURE OF THE ACTION
This is a civil rights action seeking damages and injunctive relief for a seven-year systematic campaign of cyberstalking, defamation, and harassment conducted by Defendant against Plaintiff through interstate electronic communications, in violation of federal and state law.

### PARTIES

**Plaintiff Zaimick Milhouse** is an individual residing in Harris County, Texas, and a legitimate paralegal holding membership in the American Bar Association (Member#05737194). Plaintiff operates Global Communications Entertainment Group, a division of ZTM Enterprises, providing legal services through a Private Member Association.

**Defendant "Dr. Swindle Hoodwinked"** is an individual whose true name is unknown, believed to reside in California, who operates multiple social media accounts and platforms for the purpose of harassing and

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

REQUEST FOR CRIMINAL PROSECUTION

Milhouse v YouTube v "Dr. Swindle Hoodwinked" a YouTube channel

defaming Plaintiff. Defendant has also operated under the aliases "alibaba el camino bey aka Kal El", "Dr. Swindle Hoodwinked" "Swindle D Hoodwinked". "Captain Spaulding" and other online personas.
3. 1. 2. 4.

**Defendants DOES 1-10** are individuals or entities whose true names are unknown who may have participated in or facilitated Defendant's unlawful conduct.

## JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) for claims arising under federal cyberstalking statutes, and supplemental jurisdiction under 28 U.S.C. § 1367 for related state law claims.

This Court has personal jurisdiction over Defendant because Defendant purposefully directed unlawful conduct toward Texas, causing harm to Plaintiff in this District.

Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District where Plaintiff suffered harm.
6. 7.

## FACTUAL ALLEGATIONS
### A. Plaintiff's Professional Background

Plaintiff is a legitimate paralegal who has maintained membership in the American Bar Association (Member #05737194) for over three years.

Plaintiff operates Global Communications Entertainment Group, a division of ZTM Enterprises, which provides legal services through a Private Member Association structure.

Plaintiff maintains professional websites and social media presence to serve clients and educate the public about legal matters.
9. 10.

### B. Defendant's Seven-Year Harassment Campaign

Beginning in 2018, Defendant initiated a systematic campaign of cyberstalking, harassment, and defamation against Plaintiff through various online platforms.

Defendant has used multiple aliases and accounts to evade platform enforcement, including "alibaba el camino bey aka Kal El," "Dr. Swindle Hoodwinked," "Swindle D Hoodwinked". "Captain Spaulding" and other personas.

Defendant's conduct has been extensively documented through four separate FBI Internet Crime Complaint Center (IC3) reports filed by Plaintiff in 2018, 2019, 2021, and 2023.
12. 13.

### C. Platform Violations and Takedowns

Defendant's unlawful conduct has resulted in multiple enforcement actions by various platforms, including:
5. 8. 11. 14.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

REQUEST FOR CRIMINAL PROSECUTION

Milhouse v YouTube v "Dr. Swindle Hoodwinked" a YouTube channel

a. Multiple YouTube channel take downs.
b. Two Patreon account closures
c. Website removal by GoDaddy for terms of service violations (MONEYBOYFILMZ.COM)
Despite these enforcement actions, Defendant has continuously created new accounts and platforms to continue the harassment campaign.

15.
### D. Current Defamatory Conduct

16.
In a recent YouTube community post, Defendant published the following false and defamatory statement: "If you need legal advice call a professional not a fraudulent person like this!!!"
In the same post, Defendant identified Plaintiff by name: "This is YouTube Paralegal Guru aka Texas Paralegal Guy Aka Zimmick Milhouse."

17.
Defendant included the sarcastic statement "He knows the law!" designed to undermine Plaintiff's professional credibility.
18
These statements are demonstrably false as Plaintiff is a legitimate ABA paralegal member, not a "fraudulent person."
19.
### E. Publication of Personal Information

In 2018, Defendant published Plaintiff's personal information on a website(moneyboyfilmz.com), creating safety concerns for Plaintiff and his family as documented in FBI complaints.

This conduct was specifically designed to intimidate Plaintiff and place him and his family in danger.
21.
### F. Interstate Nature and Federal Jurisdiction

Defendant's conduct involves interstate electronic communications originating from California and/or Missouri targeting Plaintiff in Texas.

Defendant's use of internet platforms and websites to conduct the harassment campaign affects interstate commerce and establishes federal jurisdiction.
23.
### COUNT I - FEDERAL CYBERSTALKING (18 U.S.C. § 2261A)

Plaintiff incorporates all preceding allegations by reference.
20. 22. 24. 25.

Defendant's conduct constitutes cyberstalking under 18 U.S.C. § 2261A through:
a. Use of interstate electronic communications
b. Intent to harass, intimidate, or cause substantial emotional distress
c. Pattern of conduct spanning seven years

## COUNT II - DEFAMATION PER SE (Texas Law)

25. Defendant's false statements attack Plaintiff's professional competence and are published to third parties via social media platforms, causing presumed damages to Plaintiff's professional reputation.

## COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. Defendant's extreme and outrageous conduct spanning seven years was intended to cause severe emotional distress, as documented by the impact on Plaintiff's health and safety.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
1. Award compensatory damages in an amount to be determined at trial for the harm caused by Defendant's conduct.
2. Grant injunctive relief enjoining Defendant from continuing the unlawful conduct described herein.
3. Award punitive damages to deter Defendant and others from engaging in similar conduct.
4. Award Plaintiff's costs and reasonable attorney's fees incurred in this action.
5. Grant such other and further relief as the Court deems just and proper.

_____

Respectfully submitted,
Zaimick Milhouse, Sui Juris
ABA Paralegal Member #05737194
Plaintiff

PHONE: 346-740-8XXX / 346-746-5687
EMAIL: CEO@GLOBALCOMMUNICATIONSENT.COM
Date: August 25, 2025

Files
- COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.pdf
- MOTION FOR TRO AND PERMANENT INJUCTION.docx
- CEASE AND DESIST DEMAND.pdf
- FEDERAL BUREAU OF INVESTIGATION LETTER.pdf
- Complaint Submitted - Internet Crime Complaint Center (IC3).pdf