United States Courts
Southern District of Texas
FILED

SEP 1 2 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS,

HOUSTON DIVISION

| | | |
|---|---|---|
| ZAIMICK MILHOUSE, individually and on behalf of GLOBAL COMMUNICATIONS ENTERTAINMENT GROUP, a division of ZTM ENTERPRISES | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **4:25-cv-04186** |
| | § | |
| "DR. SWINDLE HOODWINKED," an individual whose true name is unknown, and AKA MR. SWINDLE HOODWINK, DOES 1-10, YOUTUBE as a Subsidiary of GOOGLE CORPORATION | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

## TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Zaimick Milhouse, respectfully moves this Court for leave to file documents electronically in the above-captioned case pursuant to the Local Rules of the United States District Court for the Southern District of Texas. In support of this motion, Plaintiff states as follows:

1. **Background:** This case was filed on September 4, 2025 in the United States District Court for the Southern District of Texas. Plaintiff, Zaimick Milhouse, is Sui Juris, who has been a long-time registered user of the Court's Electronic Case Filing (ECF) system.

2. **Request for Electronic Filing:** Plaintiff seeks permission to file all documents electronically in this matter. Electronic filing will facilitate efficient case management and ensure timely service of documents to all parties.

3. **Compliance with Local Rules:** Plaintiff, personally, is familiar with and agrees to comply with all applicable rules and procedures governing electronic filing in this Court.

4. **Benefits of Electronic Filing:** Allowing electronic filing will reduce the need for paper filings, expedite the exchange of documents, and enhance the overall efficiency of the judicial process.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file documents electronically in this case and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Zaimick Milhouse,
Sui Juris ABA Paralegal Member #05737194
Plaintiff
PHONE: 346-746-5687
EMAIL: CEO@GLOBALCOMMUNICATIONSENT.ORG
Date: September 11, 2025