**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **ZAIMICK MILHOUSE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-04186** |
| § | |
| **SWINDLE HOODWINKED,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Zaimick Milhouse's Motion for Leave to File Electronically. ECF No. 7. The Motion for Leave to File Electronically is **DENIED.** Plaintiff is directed to refer to the Guidelines for Litigants without Lawyers.

Also before the Court is Plainitff's Motion for Leave to Serve Defendant by Email. ECF No. 8. The Federal Rules of Civil Procedure allow a plaintiff to serve process by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." FED. R. CIV. P. 4(e)(1). When a plaintiff is unable to serve a defendant in person or through mail, the Texas Rules of Civil Procedure permit service "in any other manner, including electronically by social media, email, or other technology, that the statement or other evidence shows will be reasonably effective to give the defendant notice of the suit." Tex. R. Civ. P. 106(b)(2).

Plaintiff represents that they are unable to serve Defendant "Dr. Swindle Hoodwinked" by traditional methods due to Defendant's anonymity. ECF No. 8. Plaintiff also demonstrates that Defendant maintains an active email address where Defendant can be reached. Having considered these circumstances, Plaintiff's Motion for Leave to Serve Defendant by Email is

**GRANTED.** Service of process may be made upon "Dr. Swindle Hoodwinked" by emailing true copies of the Summons for Defendant, with a copy of the Original Complaint and this order authorizing alternative service, to swindlehoodwinked@gmail.com. It is further **ORDERED** that Proof of Service shall set forth information sufficient to verify compliance with this Order.

**SIGNED** at Houston, Texas, on this the 18th day of September, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE