Civil Action No. 4:25-cv-04186

United States Courts
Southern District of Texas
**FILED**

SEP 29 2025

Nathan Ochsner, Clerk of Court

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DR. SWINDLE HOODWINKED
was received by me on *(date)* 9/24/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* DR SWINDLE HOODWINKED , who is
designated by law to accept service of process on behalf of *(name of organization)* (EMAIL) 2:04pm
SWINDLEHOODWINKED(AT)GMAIL.COM on *(date)* 9/24/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-24-25

_____
Server's signature

HAMICK MILHOUSE
Printed name and title

(REDACTED) KATY, TEXAS
Server's address

Additional information regarding attempted service, etc:

 **Outlook**

## Documents Requested

**From** ZAMICK MILHOUSE <djmojamz@outlook.com>
**Date** Wed 9/24/2025 2:06 PM
**To** Swindle D Hoodwinked <swindlehoodwinked@gmail.com>
**Bcc** Chris McCray <chris_mccraye@yahoo.com>; T.C. <tonyc2@gmail.com>; motodoc1@gkedwards.com <motodoc1@gkedwards.com>; Giovana Rankin <rankin302@yahoo.com>; DJ Kevin Klutch <djkevinklutch@gmail.com>; alonzop006@gmail.com <alonzop006@gmail.com>; Jacutright@proton.me <Jacutright@proton.me>; DJ Kevin Klutch <djkevinklutch@gmail.com>; ww70125@yahoo.com <ww70125@yahoo.com>; etienne.marechal@gmail.com <etienne.marechal@gmail.com>; Giovana Rankin <rankin302@yahoo.com>; bankerpete@gmail.com <bankerpete@gmail.com>; burnettshackleford1@gmail.com <burnettshackleford1@gmail.com>; jhnhenley87@yahoo.com <jhnhenley87@yahoo.com>; rmartin726@cfl.rr.com <rmartin726@cfl.rr.com>; Bcracer73@gmail.com <Bcracer73@gmail.com>; sylvesteramason@gmail.com <sylvesteramason@gmail.com>; twins041407@gmail.com <twins041407@gmail.com>; slj4jchristo@gmail.com <slj4jchristo@gmail.com>; pcdr23@gmail.com <pcdr23@gmail.com>

📎 4 attachments (5 MB)
Filed Complaint.pdf; Court Order For Electronic Service Page 1.pdf; Court Order For Electronic Service Page 2.pdf; Summons.pdf;

Here's the documents you've requested
If you would like to discuss this on the phone prior to the hearing set for October, I can call you at 619-720-4070?
Zaimick Milhouse