**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ZAIMICK MILHOUSE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-cv-4186** |
| | § | |
| **SWINDLE HOODWINKED,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Amend Complaint, to Add MoorTruthMoorLies5036 as a Defendant, and to Compel YouTube to Produce Identifying Information (ECF No. 32). Plaintiff filed this Motion after the Court instructed Plaintiff during a May 15, 2025, hearing to file a motion for leave to serve third-party subpoena. Accordingly, the Court will construe Plaintiff's request that the Court compel YouTube, LLC[1] ("YouTube") to provide identifying information regarding Defendant Hoodwinked as a motion for leave to serve third-party subpoena on YouTube. The Court hereby **GRANTS** the Motion in part.

Plaintiff may file his amended complaint and may, pursuant to Fed. R. Civ. P. 26(d)(1), serve a third-party subpoena on YouTube seeking identifying information for Defendant Hoodwinked. Plaintiff may not serve a third-party subpoena on YouTube seeking identifying information for MoorTruthMoorLies5036 at this time. MoorTruthMoorLies5036 is not yet a part of the case, and it will only become part of the case once Plaintiff has filed his amended complaint and properly served MoorTruthMoorLies5036. MoorTruthMoorLies5036 must be afforded the opportunity to respond to the complaint before the Court will consider granting Plaintiff leave to

---

[1] YouTube is owned by Google, which is a subsidiary of Alphabet, Inc.

serve a third-party subpoena on YouTube concerning MoorTruthMoorLies5036. The Court **ORDERS** as follows.

1. IT IS HEREBY ORDERED that Plaintiff may immediately serve Rule 45 subpoena on YouTube to obtain information to identify the person who operates the accounts designated "Dr. Swindle Hoodwinked," "Swindle Hoodwinked, "Mr. Swindle Hoodwink," "Swindle Hoodwinked II," and "Swindle Hoodwinked 2" (hereinafter "account holder")—specifically, her or his name, date of birth, phone number(s), IP address(es), email address(es), and physical address(es). The subpoena shall have a copy of this Order attached.

2. IT IS FURTHER ORDERED that YouTube will have 60 days from the date of service of the Rule 45 subpoena upon it to serve the account holder with a copy of the subpoena and a copy of this Order. YouTube may serve the account holder using any reasonable means, including written notice sent to her or his last known mailing address—transmitted either by first-class mail or via overnight service—or to her or his email address.

3. IT IS FURTHER ORDERED that the account holder shall have 60 days from the date of service of the Rule 45 subpoena and this Order upon her or him to file any motions with this Court contesting the subpoena (including a motion to quash or modify the subpoena), as well as any request to litigate the subpoena anonymously. YouTube may not turn over the account holder's identifying information to Plaintiff before the expiration of this 60–day period. In the event the account holder or YouTube files a motion contesting the subpoena, YouTube shall not turn over the information without further order of the Court.

4. IT IS FURTHER ORDERED that if the account holder files a motion to quash the subpoena, the account holder should inform YouTube so that YouTube is on notice not to release the account holder's information until the Court rules on such motions.

5. IT IS FURTHER ORDERED that, if the 60–day period lapses without the account holder contesting the subpoena, YouTube will have 14 days to produce the subpoenaed information to Plaintiff.

6. IT IS FURTHER ORDERED that YouTube must take reasonable steps to preserve the subpoenaed information pending the resolution of any timely filed motion to quash. YouTube may file a motion to address any undue burden caused by this preservation obligation.

7. IT IS FURTHER ORDERED that YouTube shall not assess any charge in advance of providing the information requested in the subpoena. If YouTube elects to charge for the costs of production, it shall provide a billing summary and cost report to Plaintiff prior to assessing any charge or furnishing the information.

8. IT IS FURTHER ORDERED that any information ultimately disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff only for the purpose of protecting his rights as asserted in his Complaint. The information disclosed is limited to use by Plaintiff in this litigation and may not be disclosed by Plaintiff other than to the parties and/or counsel in this case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of June, 2026.

_____
KEITH P. ELLISON

UNITED STATES DISTRICT JUDGE